```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/27/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

SUPER DUPER, INC.,

                                          Plaintiff,

          -against-

PRESENCELEARNING, INC.,

                                        Defendant.

-----------------------------------------------------------------X

20-CV-10783 (LTS) (KHP)

**ORDER SCHEDULING CASE**
**MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        A telephonic Case Management conference in this matter is hereby scheduled for **Thursday, May 27, 2021 at 11:30 a.m.**  Counsel is directed to call into the court conference line at the scheduled time.  **Please dial (866) 434-5269 Code: 4858267.**

        SO ORDERED.

DATED:    New York, New York
                April 27, 2021

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge