

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**James Rosenfeld**
212.603.6455 tel
212.489.8340 fax

jamesrosenfeld@dwt.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/22/2021

June 22, 2021

<u>VIA ECF</u>

Hon. Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**APPLICATION GRANTED**

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

06/22/2021

Re:  <u>*Super Duper, Inc. v. PresenceLearning, Inc.*</u>, **No. 1:20-cv-10783-LTS-KHP**

Dear Judge Parker:

We represent Defendant PresenceLearning, Inc. in the above-referenced action. Following the May 27, 2021 case management conference, the Court issued a scheduling order requiring the Parties to file a joint status letter by June 28, 2021.  *See* ECF No. 26.  The Parties have continued to engage in discovery following the May 27 case management conference, and are presently in the course of meeting and conferring to resolve or narrow certain disputes.  In the interest of efficiency and resolving these disputes to the extent possible before seeking the Court's intervention, PresenceLearning, Inc. seeks a two-week extension to meet and confer further, and then to identify any open issues to be included in the joint letter.

Accordingly, PresenceLearning, Inc. respectfully requests that the Court issue an order granting a two-week extension so that the Parties' joint status letter will be due by **July 12, 2021**.  Plaintiff Super Duper, Inc. has kindly consented.  This is the first request for an extension of this deadline.

Dated:  June 22, 2021                    DAVIS WRIGHT TREMAINE LLP

By:  */s/ James Rosenfeld*
James Rosenfeld
Jesse Feitel
1251 Avenue of the Americas
21st Floor
New York, NY 10020
Tel: (212) 489-8230
Fax: (212) 489-8340
Email: jamesrosenfeld@dwt.com
Email: jessefeitel@dwt.com

*Attorneys for Defendant PresenceLearning, Inc.*