```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUPER DUPER, INC.,

                                                Plaintiff,                      20-CV-10783 (LTS) (KHP)

            -against-                                    **ORDER RESCHEDULING CASE**
                                                                               **MANAGEMENT CONFERENCE**

PRESENCELEARNING, INC.,

                                                Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Case Management Conference scheduled for Tuesday, September 21, 2021 at 12:00 p.m. is hereby rescheduled to **Tuesday, October 12, 2021 at 12:30 p.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

        SO ORDERED.

DATED:    New York, New York
                 September 20, 2021

                                                        *Katharine H Parker*
                                                        _____
                                                        KATHARINE H. PARKER
                                                       United States Magistrate Judge