USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

SUPER DUPER, INC.,

                                  Plaintiff,

           -against-

PRESENCELEARNING, INC.,

                                  Defendant.

-----------------------------------------------------------------X

**20-CV-10783 (LTS) (KHP)**

**ORDER SCHEDULING SETTLEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        A settlement conference in this matter is scheduled for **Monday, January 10, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.   Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **January 3, 2022 by 5:00 p.m.**

        SO ORDERED.

DATED:     New York, New York
             October 12, 2021

                                _____
                                KATHARINE H. PARKER
                                United States Magistrate Judge