USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SUPER DUPER, INC.,

                       Plaintiff,

       -against-

PRESENCELEARNING, INC.,

                       Defendant.
----------------------------------------------------------------X

20-CV-10783 (LTS) (KHP)

**ORDER SCHEDULING PRE-MOTION CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A telephonic pre-motion conference in this matter is hereby scheduled for **Thursday, November 18, 2021 at 3:30 p.m.**  Counsel is directed to call into the court conference line at the scheduled time.  **Please dial (866) 434-5269 Code: 4858267.**

SO ORDERED.

DATED:    New York, New York
             October 28, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge