```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/11/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

SUPER DUPER, INC.,

                             Plaintiff,                              20-CV-10783 (LTS) (KHP)

       -against-

                                                            **ORDER SCHEDULING SETTLEMENT**
PRESENCELEARNING, INC.,                                        **CONFERENCE**

                             Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephonic settlement conference in this matter is hereby scheduled for **Thursday, February 10, 2022 at 3:30 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.** Corporate parties must send the person with decision making authority to settle the matter to the conference.  Updated pre-conference submissions must be received by the Court no later than **February 3, 2022 by 5:00 p.m.**

       **SO ORDERED.**

DATED:      New York, New York
                  January 11, 2022

                                                                *Katharine H. Parker*
                                                                _____
                                                                KATHARINE H. PARKER
                                                                United States Magistrate Judge