```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/20222
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

SUPER DUPER, INC.,

                                        Plaintiff,                              **20-CV-10783 (LTS) (KHP)**

                    -against-                                                         **ORDER**


PRESENCELEARNING, INC.,

                                        Defendant.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The parties are hereby ordered to provide a joint status letter via ECF by **March 31,**

**2022.**

                    **SO ORDERED.**

DATED:          New York, New York
                    February 28, 2022

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge