```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUPER DUPER, INC.,

                        Plaintiff,

       -against-

PRESENCELEARNING, INC.,

                        Defendant.
-----------------------------------------------------------------X

20-CV-10783 (LTS) (KHP)

**ORDER ADJOURNING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Proposed Judgment filed on April 20, 2022 (doc. no 68) the Case Management Conference currently scheduled for **May 25, 2022** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
             April 21, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge