# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPER DUPER, INC., *Plaintiff*, v. PRESENCELEARNING, INC., *Defendant*. | Civil Action No. 1:20-cv-10783-LTS-KHP **JUDGMENT** |

This action (the "Action") having been commenced by Plaintiff Super Duper, Inc. ("Plaintiff") against Defendant PresenceLearning, Inc. ("Defendant"):

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered for Plaintiff and against Defendant for:

(A)　the total sum of Three Million Two Hundred and Fifty Thousand Dollars ($3,250,000.00) for any liability for damages;

(B)　plus any costs of suit accrued to April 13, 2022, including reasonable attorney's fees incurred by Plaintiff, to be determined by the Court; and

(C)　the permanent deletion from Defendant's online platform of all copies, whether full or partial, of all works owned by Plaintiff that are listed in Plaintiff's First Amended Complaint.

This Judgment shall be in full satisfaction of all claims or rights that Plaintiff may have to economic damages (actual or statutory), noneconomic damages, attorney's fees, costs, and/or any

{F4583838.1 }

other form of relief, arising out of the alleged acts or omissions of Defendant or any of its affiliates, subsidiaries, employees, representatives, or agents alleged in the Action.

New York, New York
April 25, 2022

                                              /s/ Laura Taylor Swain
                                              Laura Taylor Swain, Chief U.S. District Judge